UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

KEVIN BELL,
A/K/A RONEN STOLOFF

No. 2:25-mj-00 125-KFW

## CRIMINAL COMPLAINT

The undersigned complainant, being duly sworn, states:

### COUNT ONE
(Threat Against the President)

On about April 5, 2025, in the District of Maine, the defendant

**KEVIN BELL**
**A/K/A RONEN STOLOFF**

knowingly and willfully made a threat to take the life of and to inflict bodily harm upon the President of the United States. Specifically, the defendant stated that he does not care for "Trump" and made a threat that "I'll try to shoot him" or "I'll just shoot him."

All in violation of Title 18, United States Code, Section 871(a).

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference herein.

Bradford Nunan, Special Agent
United States Secret Service

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Apr 07 2025

City and state: Portland, Maine

Karen Frink Wolf, U.S. Magistrate Judge
*Printed name and title*