U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

DEPUTY CLERK

## Synopsis

| | |
|---|---|
| **Name:** | Kevin Bell, a/k/a Ronen Stoloff |
| **Address:** (City & State Only) | Bridgton, ME |
| **Year of Birth and Age:** | 1978, 46 years old |
| **Violations:** | **Count 1:** Threat against the President. *See* 18 U.S.C. § 871(a). This is a Class D felony. *See* 18 U.S.C. § 3559(a)(4). |
| **Penalties:** | **Count 1:** Not more than 5 years of imprisonment, a fine of $250,000, or both. *See* 18 U.S.C. §§ 871(a), 3571(b)(3). |
| **Supervised Release:** | **Count 1:** Not more than 3 years. *See* 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1:** Not more than 2 years per violation. *See* 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1:** Up to 3 years, less any term of imprisonment imposed upon revocation. *See* 18 U.S.C. § 3583(b)(2), (h). |
| **Defendant's Attorney:** | Caleigh Milton, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | U.S. Secret Service, Special Agent Bradford Nunan |
| **Detention Status:** | Notice to Counsel. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | Nicholas Heimbach |
| **Guidelines apply?   Y/N** | Yes |

| | |
|---|---|
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution?** | No |
| **Assessments:** | **Count 1:** $100.00. *See* 18 U.S.C. § 3013(a)(2)(A). |